IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BREON WALKER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5864

Opinion filed November 9, 2016.

An appeal from the Circuit Court for Baker County.
Mark W. Moseley, Judge.

Breon Walker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.